HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LANCE P. MCDERMOTT,

    Plaintiff,

v.

LOUIS DEJOY, *et al.*,

    Defendants.

Case No. 2:23-cv-00041-RAJ

**ORDER ON MOTION FOR RECONSIDERATION**

Before the court is Plaintiff Lance P. McDermott's Motion for Reconsideration. Dkt. # 20. Mr. McDermott is subject to a pre-filing order in this court that requires him to comply with certain steps before the court will issue a summons or service of process. *See McDermott v. U.S. Postal Serv.*, No. C16-0377JCC, Dkt. # 31 ("Bar Order") at 6-9. The court's pre-filing order explains that for any pro se complaint filed by Mr. McDermott:

> i. The assigned Court will review the proposed Complaint to determine whether good cause exists to permit the action to proceed in light of the claims raised therein and Mr. McDermott's past litigation abuses. The proposed Complaint shall comply with Fed. R. Civ. P. 8(a) and provide a clear statement of the factual and legal basis for each claim asserted, specifically identifying each Defendant against whom the claim is asserted. The proposed Complaint shall be accompanied by a signed statement explaining, on a claim-by-claim basis, (a) whether each claim was raised in any prior action (with an appropriate citation) and (b) why each claim is not barred by collateral estoppel, res judicata, and/or an applicable immunity.

ORDER – 1

ii. If the Court determines that good cause has not been shown, the action will be dismissed *sua sponte* without further notice. If the Court also determines that sanctions are appropriate, those shall be imposed at the same time the action is dismissed. Mr. McDermott shall have an opportunity to explain why sanctions should not be imposed in a post-Judgment Motion for Reconsideration filed within ten days of the Judgment.

*Id*. at 9. In entering this pre-filing order, the court noted that Mr. McDermott had filed 11 lawsuits against the U.S. Postal Service and/or the serving U.S. Postmaster General, all alleging "the same grievances." *Id*. at 7.

The Court found that Mr. McDermott's proposed complaint against the U.S. Postal Service and U.S. Postmaster General is a no more than a jumbled recitation of all his prior actions with a request for a remedy at the end. Dkt. # 18. Mr. McDermott asks to the Court to reconsider its Order determining that he has not show good cause to permit the action. Dkt. # 20. Motions for reconsideration are disfavored and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the court's] attention earlier with reasonable diligence." Local R. W.D. Wash. ("LCR") 7(h)(1). The Court rejects Plaintiff's contention the Court should reconsider its dismissal order as no new facts or authority has been shown, and the Court does not see any manifest error in its prior ruling.

Accordingly, the Court **DENIES** the motion for reconsideration. Dkt. # 20.

DATED this 14th day of September, 2023.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2